Held
10.27-03

10/01/03

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Pretrial Conference Calendar

Honorable Alan H. Nevas, U.S.D.J.
915 Lafayette Boulevard
Bridgeport

October 27, 2003

3:00 p.m.

Any request for postponement should be directed to Alice Montz at 203-579-5952

CASE NO.   3-02-cv-1721 Action Motors Corp v Exiss Aluminum Trail

COUNSEL OF RECORD:

David P. Atkins    Δ       Zeldes, Needle & Cooper, 1000 Lafayette Blvd., PO Box 1740, Bridgeport, CT 203-333-9441

Ward J. Mazzucco   π       Chipman, Mazzucco, Land & Pennarola, 30 Main St. Suite 204, Danbury, CT 203-744-1929

Frances Codd Slusarz  π    Chipman, Mazzucco, Land & Pennarola, 30 Main St. Suite 204, Danbury, CT 203-744-1929

S. Dave Vatti              375 Bridgeport Ave., 3rd Fl., Shelton, CT 203-944-9392

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK

Parties to submit an amended 26(f) report.