FILED

2003 NOV 14 P 3: 48

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ACTION MOTORS CORPORATION, | :: | CIVIL ACTION NO. |
| Plaintiff | :: | |
| v. | :: | 3:02CV1721 (AHN) |
| | :: | |
| EXISS ALUMINUM TRAILERS, INC. | :: | |
| TOURBILLON TRAILER SALES, INC. | :: | |
| Defendants | :: | November 10, 2003 |

### AMENDED CASE MANAGEMENT PLAN

The Court held a pretrial conference in this matter on October 27, 2003. Subject to the approval of the Court, the parties agreed that Section V of the Rule 26(f) Conference Report, the case management plan, should be amended as follows. All other provisions of Section V shall remain the same.

**V.   Case Management Plan**

    **A.   Standing Order on Scheduling in Civil Cases**

The parties request modification of the deadlines in the Standing Order on Scheduling in Civil Cases as follows:

        1.   Discovery completed by April 1, 2004.

1

2. Dispositive Pleadings filed by June 1, 2004.

**E.   Discovery**

2. All discovery, including depositions of expert witnesses pursuant for Fed. R. Civ. P. 26(b)(4), will be commenced by December 16, 2002, and completed (not propounded) by April 1, 2004.

4. The parties anticipate that the plaintiff(s) will require depositions of a total of approximately 5 fact witnesses and that the defendant(s) will require depositions of a total of approximately 4 fact witnesses. The depositions will commence by November 1, 2003 and be completed by March 1, 2004.

6. Plaintiff intends to call expert witnesses at trial. Plaintiff will designate all trial experts and provide opposing counsel with reports from retained experts pursuant to Fed. R. Civ. P. 26(a)(2) by December 31, 2003. Depositions of any such experts will be completed by February 15, 2004.

7. Defendants reserve the right to call expert witnesses at trial. Defendants will designate any such trial experts and provide opposing counsel with reports from retained experts pursuant to Fed. R. Civ. P. 26(a)(2) by January 31, 2004. Depositions of such experts will be completed by April 15, 2004.

8. A damages analysis will be provided by any party who has a claim or

counterclaim for damages by April 30, 2004.

F.    **Dispositive Motions**

Dispositive motions will be filed on or before June 1, 2004.

Plaintiff Action Motors Corp.

By: _____    Date: 11/10/03
Frances Codd Slusarz
Chipman Mazzucco Land & Pennarola, LLC, 30 Main Street, Suite 204
Danbury, CT  06810
Juris.No. ct24442   Telephone:   (203) 744-1929

Defendant Exiss Aluminum Trailers, Inc.

By: _____    Date: November 14, 2003
David P. Atkins
Zeldes, Needle & Cooper, P. C., 1000 Lafayette Boulevard
P. O. Box 1740, Bridgeport, CT  06601-1740
Juris No. ct04189   Telephone:   (203) 333-9441

Defendant Tourbillon Trailers Sales, Inc.

By: _____    Date: 11/12/03
S. Dave Vatti
Attorney at Law
375 Bridgeport Avenue
Shelton, CT  06484
Juris No. ct11957   Telephone:   (203) 944-9392

f:\client based directories\action\planmeet 2.doc