FILED

2003 NOV 17 P 12: 34

US DISTRICT COURT
BRIDGEPORT CT

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ACTION MOTORS CORPORATION,<br>Plaintiff<br>v.<br><br>EXISS ALUMINUM TRAILERS, INC.<br>TOURBILLON TRAILER SALES, INC.<br>Defendants | :: <br> :: <br> :: <br> :: <br> :: <br> :: <br> :: | CIVIL ACTION NO.<br><br>3:02CV1721 (AHN)<br><br><br>November 14, 2003 |

## MOTION FOR PROTECTIVE ORDER

Pursuant to Fed. R. Civ. P. 26(c) and Local Rule 37, Action Motors Corp. ("Action") hereby moves for a protective order to prevent defendants Exiss Aluminum Trailers, Inc. ("Exiss") and Tourbillon Trailer Sales, Inc. ("Tourbillon") from taking the deposition of Action on November 19, 2003, on the grounds that doing so would annoy and oppress Action, and cause undue burden and expense.

Michael Bernstein, Action's President, is not available to be deposed on November 19, 2003. Arguably, Action could produce a different witness on November 19, 2003. However, because Mr. Bernstein is the individual most knowledgeable in the matters likely to be explored by Defendants, Exiss and Tourbillon would likely need to depose him anyway,

1

12/12/03. DENIED as moot. SO ORDERED.
ALAN H. NEVAS, U.S.D.J.