AO 458 (Rev. 10/95) Appearance

# United States District Court
------------------------------District of Connecticut------------------------

FILED

2004 JAN 16  P 12: 54

US DISTRICT COURT
BRIDGEPORT CT

## APPEARANCE

ACTION MOTORS CORPORATION,                NO. 3:02CV1721 (AHN)

                Plaintiff

EXISS ALUMINUM TRAILERS, INC. AND
TOURBILLON TRAILER SALES, INC.,
                Defendants          JANUARY 13, 2004


To the Clerk of this court and all parties of record:

    Enter my appearance in lieu of David Vatti as counsel in this case for:

        **Tourbillon Trailer Sales, Inc.**


I certify that I am admitted to practice in this court.


January 13, 2004                    /s/ J. Kevin Golger
Date                                Signature

                              J. Kevin Golger          CT06800
                              Print Name               Bar Number

                              McNamara & Kenney
                              375 Bridgeport Avenue
                              Shelton, CT 06484
                              Tel.: (203) 944-6000
                              Fax: (203) 944-6012

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing was mailed this 13th day of January 2004, to:

Ward J. Mazzucco, Esq.
Frances Codd Slusarz, Esq.
Chipman, Mazzucco, Land & Pennarola, LLC
Danbury, CT 06810-3043

S. Dave Vatti, Esq.
375 Bridgeport Avenue
Shelton, CT 06484

David P. Atkins
Zeldes, Needle & Cooper, P.C.
1000 Lafayette Boulevard
Bridgeport, CT 06604

J. Kevin Golger