FILED
2004 APR -5 P 2: 32
U.S. DISTRICT COURT
BRIDGEPORT, CONN

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ACTION MOTORS CORPORATION, | :: | CIVIL ACTION NO. |
| Plaintiff | :: | |
| v. | :: | 3:02CV1721 (AHN) |
| | :: | |
| EXISS ALUMINUM TRAILERS, INC. | :: | |
| TOURBILLON TRAILER SALES, INC. | :: | |
| Defendants | :: | APRIL 2, 2004 |

### MOTION FOR POSTPONEMENT OF PRETRIAL CONFERENCE

Plaintiff, Action Motors Corp. ("Action"), respectfully moves the Court to postpone the Pretrial Conference currently scheduled for April 15, 2004, for two weeks to permit the parties to complete settlement discussions on this matter. As a further basis for this motion, Action requests the continuance due to personal commitments of Action's attorneys which can only be rescheduled with difficulty or inconvenience. Counsel for both defendants consent to this motion.

In support hereof, Action states as follows:

1. Action and Exiss Aluminum Trailers, Inc. ("Exiss") have agreed to a framework for settling Action's claims against Exiss. It is not certain, at this point, whether the details of

1

FILED
2004 APR 14 A 10: 00
U.S. DISTRICT COURT
BRIDGEPORT, CONN

SO ORDERED
ALAN H. NEVAS
GRANTED 20