UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ACTION MOTORS CORPORATION, | :: | CIVIL ACTION NO. |
| Plaintiff | :: | |
| v. | :: | 3:02CV1721 (AHN) |
| | :: | |
| EXISS ALUMINUM TRAILERS, INC. | :: | |
| TOURBILLON TRAILER SALES, INC. | :: | |
| Defendants | :: | MAY 6, 2004 |

### MOTION FOR DISMISSAL

Pursuant to Fed. R. Civ. P. Rule 41(a)(2), Plaintiff, Action Motors Corp., moves to dismiss its complaint as against Exiss Aluminum Trailers, Inc. only, with prejudice and with each side to bear its own costs of litigation.

Respectfully submitted,

By: _____
Ward J. Mazzucco (Fed. Bar No. ct05941)
Frances Codd Slusarz (Fed. Bar No. ct24442)
Chipman, Mazzucco, Land & Pennarola, LLC
30 Main Street, Suite 204
Danbury, CT 06810-3043
Phone: (203) 744-1929
Fax: (203) 790-5954

1

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed, postage prepaid and/or hand-delivered to: David P. Atkins, Esq. of Zeldes, Needle & Cooper, 1000 Lafayette Boulevard, P.O. Box 1740, Bridgeport, CT 06601-1740 and J. Kevin Golger, Esq. of McNamara and Kenney, 815 Main Street, 2d floor, Bridgeport, CT 06604 on this 6th day of May, 2003.

_____
Frances Codd Slusarz

2