**FILED**

2004 MAY -6 P 3: 00

UNITED STATES DISTRICT COURT
U.S. DISTRICT COURT
BRIDGEPORT, CONN
DISTRICT OF CONNECTICUT

```
::::::::::::::::::::::::::::::::::::::::::::::::::::::::::
ACTION MOTORS CORPORATION,        ::    CIVIL ACTION NO.
                      Plaintiff    ::
          v.                       ::    3:02CV1721 (AHN)
                                   ::
EXISS ALUMINUM TRAILERS, INC.      ::
TOURBILLON TRAILER SALES, INC.     ::
                      Defendants   ::    MAY 6, 2004
:::::::::::::::::::::::::::::::::::::::::::::::::::::::::::
```

**MOTION FOR DISMISSAL**

Pursuant to Fed. R. Civ. P. Rule 41(a)(2), Plaintiff, Action Motors Corp., moves to
dismiss its complaint as against Exiss Aluminum Trailers, Inc. only, with prejudice and with
each side to bear its own costs of litigation.

Respectfully submitted,

By: _____
Ward J. Mazzucco (Fed. Bar No. ct05941)
Frances Codd Slusarz (Fed. Bar No. ct24442)
Chipman, Mazzucco, Land & Pennarola, LLC
30 Main Street, Suite 204
Danbury, CT 06810-3043
Phone: (203) 744-1929
Fax: (203) 790-5954

1

FILED

2004 MAY 13 P 12: 22
U.S. DISTRICT COURT
BRIDGEPORT, CONN

GRANTED

SO ORDERED ___ ALAN H. NEVAS, U.S.D.J.

5/12, 2004