FILED
2004 JUN 18 A 11: 54
U.S. DISTRICT COURT
BRIDGEPORT. CONN

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ACTION MOTORS CORPORATION, | :: | CIVIL ACTION NO. |
| Plaintiff | :: | |
| v. | :: | 3:02CV1721 (AHN) |
| EXISS ALUMINUM TRAILERS, INC. | :: | |
| TOURBILLON TRAILER SALES, INC. | :: | |
| Defendants | :: | JUNE 17, 2004 |

## MOTION FOR DISMISSAL

Pursuant to Fed. R. Civ. P. Rule 41(a)(2), Plaintiff, Action Motors Corp., moves to dismiss its complaint as against Tourbillon Trailer Sales, Inc., with prejudice and with each side to bear its own costs of litigation.

Respectfully submitted,

By: _____
Ward J. Mazzucco (Fed. Bar No. ct05941)
Frances Codd Slusarz (Fed. Bar No. ct24442)
Chipman, Mazzucco, Land & Pennarola, LLC
30 Main Street, Suite 204
Danbury, CT 06810-3043
Phone: (203) 744-1929
Fax: (203) 790-5954

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed, postage prepaid and/or hand-delivered to: David P. Atkins, Esq. of Zeldes, Needle & Cooper, 1000 Lafayette Boulevard, P.O. Box 1740, Bridgeport, CT 06601-1740 and J. Kevin Golger, Esq. of McNamara and Kenney, 815 Main Street, 2nd floor, Bridgeport, CT 06604 on this 17th day of June, 2004.

*Frances Codd Slusarz*
Frances Codd Slusarz