#44

6/28, 2004 GRANTED
SO ORDERED ALAN H. NEVAS, U.S.D.J.

FILED
2004 JUN 18 A 11: 54
U.S. DISTRICT COURT
BRIDGEPORT, CONN

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ACTION MOTORS CORPORATION,<br>Plaintiff<br>v.<br><br>EXISS ALUMINUM TRAILERS, INC.<br>TOURBILLON TRAILER SALES, INC.<br>Defendants | :: :: :: :: :: :: :: :: | CIVIL ACTION NO.<br><br>3:02CV1721 (AHN)<br><br><br>JUNE 17, 2004 |

### MOTION FOR DISMISSAL

Pursuant to Fed. R. Civ. P. Rule 41(a)(2), Plaintiff, Action Motors Corp., moves to dismiss its complaint as against Tourbillon Trailer Sales, Inc., with prejudice and with each side to bear its own costs of litigation.

Respectfully submitted,

By: _____
Ward J. Mazzucco (Fed. Bar No. ct05941)
Frances Codd Slusarz (Fed. Bar No. ct24442)
Chipman, Mazzucco, Land & Pennarola, LLC
30 Main Street, Suite 204
Danbury, CT 06810-3043
Phone: (203) 744-1929
Fax: (203) 790-5954

FILED
2004 JUN 28 P 3: 01
U.S. DISTRICT COURT
BRIDGEPORT, CONN